1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Raymond Ballister Jr., Esq., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7

8  Craig D. McMahon
   craig.mcmahon@kts-law.com
9  JAMES O. MCLAUGHLIN ESQ. (SBN 97725)
   jim.mclaughlin@kts-law.com
10 KIMBALL, TIREY & ST. JOHN LLP
   915 Wilshire Boulevard, Suite 1650
11 Los Angeles, CA 90017
   Telephone: (213) 337-0050
12 Facsimile: (213) 929-2212
   Attorneys for Defendant
13 Horng Jow Corporation

14
   Richard A. Higgins, Esq., SBN# 115736
15 THE LAW OFFICES OF RICHARD A. HIGGINS
   2560 Alpine Boulevard, Suite 1
16 Alpine, CA 91901
   (619) 445-4999
17 (619) 445-4917 fax
   Attorney for Defendant
18 Setili Investments, Inc.

19               UNITED STATES DISTRICT COURT
20               SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  PEDRO GARCIA,<br>22       Plaintiff,<br>23    v.<br>24  HORNG JOW CORPORATION, a California Corporation;<br>25  SETILI INVESTMENTS, INC., a California Corporation; and Does 1-10,<br>26<br>27       Defendants.<br>28 | Case: 3:18-CV-00122-W-NLS<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

1

# MOTION

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 3, 2019        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: January 3, 2019        KIMBALL, TIREY & ST. JOHN LLP

By: /s/ Craig D. McMahon
    Craig D. McMahon
    Attorney for Defendant
    Horng Jow Corporation

Dated: January 3, 2019        THE LAW OFFICES OF RICHARD A. HIGGINS

By: /s/ Richard A. Higgins
    Richard A. Higgins
    Attorney for Defendant
    Setili Investments, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Craig D. McMahon and Richard A. Higgins, counsel for Horng Jow Corporation and Setili Investments, Inc., respectively, and that I have obtained Mr. McMahon's and Mr. Higgins' authorization to affix their electronic signature to this document.

Dated: January 3, 2019              CENTER FOR DISABILITY ACCESS

                                    By: /s/ Phyl Grace
                                        Phyl Grace
                                        Attorneys for Plaintiff