# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GARCIA,<br><br>                              Plaintiff,<br><br>v.<br><br>HORNG JOW CORPORATION, et al.,<br><br>                              Defendants. | Case No.:  18-CV-0122 W (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

Parties have filed a joint motion to dismiss with prejudice.  [Doc. 14.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  January 3, 2019

_____
Hon. Thomas J. Whelan
United States District Judge